# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| PHILLIP J. GAINES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:20-cv-1190-ACA-GMB |
| ) | |
| SCARLETT ROBINSON, Warden, ) | |
| *et* al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

On August 19, 2020, the magistrate judge granted *pro se* Plaintiff Phillip J. Gaines's application to proceed *in forma pauperis* and ordered him to return a signed prisoner consent form within thirty days. (Doc. 3). Mr. Gaines has not responded to that order. The magistrate judge therefore entered a report recommending that the court dismiss this action for failure to prosecute. (Doc. 4). The magistrate judge advised Mr. Gaines of his right to object to the report and recommendation within fourteen days, but Mr. Gaines has not filed objections or otherwise responded to the report and recommendation. Accordingly, the court **ADOPTS** the report and **ACCEPTS** the recommendation, and **WILL DISMISS** this action **WITHOUT PREJUDICE** for failure to prosecute.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this November 30, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE